```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CHAUNHENG MANAGEMENT and          )
DAVID MOLONY,                     )  Civil Action
                                  )  No. 11-cv-06319
          Plaintiffs              )
                                  )
     vs.                          )
                                  )
THE HARTFORD'S TWIN CITY FIRE     )
  INSURANCE COMPANY, doing        )
  business as Twin City Fire      )
  Insurance Company, and          )
THE HARTFORD INSURANCE COMPANY,   )
                                  )
          Defendants              )
```

O R D E R

NOW, this 8th day of May, 2012, upon consideration of the following documents:

    (1) Plaintiffs' Motion to Remand Pursuant to 28 U.S.C. § 1447(c), together with Exhibits A, B, C and D, filed November 4, 2011;

    (2) Defendants' Opposition to Plaintiffs' Motion to Remand, which opposition was filed November 18, 2011;

    (3) Defendants' Motion for Rule 11 Sanctions filed December 12, 2011, together with

        Memorandum of Law in Support of Defendants' Motion for Rule 11 Sanctions; and

    (4) Plaintiffs' Answer and Brief in Opposition to Defendants' Motion for Rule 11 Sanctions, which answer and brief were filed December 27, 2011;

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that plaintiffs' motion to remand is denied.

<u>IT IS FURTHER ORDERED</u> that defendants' motion for sanctions is denied.

BY THE COURT:


<u> /s/ James Knoll Gardner </u>
James Knoll Gardner
United States District Judge